COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Thomas Lee McDaniel v. The State of Texas

Appellate case number:    01-18-00891-CR

Trial court case number:  1527579

Trial court:               351st District Court of Harris County

Appellant is represented by appointed counsel, Cheri Duncan. Counsel filed an *Anders* brief and a motion to withdraw on May 3, 2019. On May 15, 2019, appellant filed a pro se document expressing his desire to withdraw his appeal.

A defendant is not entitled to hybrid representation. *See Porter v. State*, 540 S.W.3d 178, 183 (Tex. App.—Houston [1st Dist.] 2017, pet. ref'd). Accordingly, to the extent appellant requests dismissal of his appeal, that request is denied without prejudice to appellant's counsel filing a motion to dismiss the appeal **within 10 days** that complies with Texas Rule of Appellate Procedure 42.2(a).

It is so ORDERED.


Judge's signature: _____./s/ Peter Kelly_____
                       ☒ Acting individually    ☐ Acting for the Court


Date: __May 30, 2019_____